# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2113
Lower Tribunal No. 2024-CC-005290-O

_____

AISHA E. JONES,

Appellant,

v.

THE HOUSING AUTHORITY of the CITY OF ORLANDO,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Aisha E. Jones, Orlando, pro se.

Rhonda E. Stringer, of Saxon Gilmore & Carraway, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED